IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and<br>MULLER MARTINI MAILROOM<br>SYSTEMS, INC.,<br><br>          Plaintiff,<br><br>        v.<br><br>GOSS INTERNATIONAL AMERICAS,<br>INC. and GOSS INTERNATIONAL<br>CORPORATION,<br><br>          Defendants. | C.A. No. _____<br><br>**DEMAND FOR JURY TRIAL** |

## COMPLAINT

Plaintiffs, Muller Martini Corp. and Muller Martini Mailroom Systems, Inc., for their complaint against defendants, Goss International Americas, Inc. and Goss International Corporation, allege as follows:

1. This is an action for infringement of United States Letters Patent No. 6,175,775 ("the '775 patent"). Jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1338(a) and venue lies in this District by virtue of 28 U.S.C. §§ 1391 and 1400(b).

2. Plaintiff Muller Martini Corp. ("Muller Martini") is a corporation organized and existing under the laws of the State of New York and has its principal place of business at 40 Rabro Drive, Hauppauge, New York 11788.

3. Plaintiff Muller Martini Mailroom Systems, Inc. ("Mailroom Systems") is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business at 4444 Innovation Way, Allentown, Pennsylvania 18109.

4. Defendant Goss International Americas, Inc. ("Goss Americas") is, on information and belief, a corporation organized and existing under the laws of the State of

Delaware and has a place of business at 121 Technology Drive, Durham, New Hampshire 03824.

5. Defendant Goss International Corporation ("Goss") is, on information and belief, a corporation organized and existing under the laws of the State of Delaware, and has a place of business at 3 Territorial Court, Bolingbrook, IL 60440.

6. On January 16, 2001, the '775 patent was duly and legally issued by the United States Patent and Trademark Office for an invention entitled "Method For Optimizing The Production Output Of An Apparatus Processing Flat Items". A true and correct copy of the '775 patent is attached as Exhibit A hereto. Muller Martini is the owner of the entire, right, title and interest in the '775 patent and has the right to bring suit thereon. Mailroom Systems is the exclusive licensee of the '775 patent and also has the right to bring suit thereon.

7. Goss Americas and Goss have, on information and belief, unlawfully and intentionally infringed the '775 patent in this District and elsewhere by making, using, offering for sale and/or selling the invention of the '775 patent. On information and belief, Goss Americas and/or Goss have induced infringement of the '775 patent in this District and elsewhere.

8. The wrongful acts of Goss Americas and Goss were undertaken without authority and without license from Muller Martini or Mailroom Systems. On information and belief, Goss Americas and/or Goss had actual knowledge of said Letters Patent and their acts of infringement have been willful and wanton in blatant disregard for the intellectual property rights of Muller Martini and Mailroom Systems.

9. The wrongful acts of Goss Americas and Goss as alleged herein have occurred, and will continue to occur, in this Judicial District and throughout the United States.

10. Muller Martini and Mailroom Systems have suffered damage by reason of the acts of infringement by Goss Americas and/or Goss and will suffer additional and irreparable damage unless Goss Americas and Goss are enjoined by this Court from continuing their acts of direct infringement and/or inducement of infringement.

WHEREFORE, Muller Martini and Mailroom Systems request that this Court enter a judgment in favor of Muller Martini and Mailroom Systems and against Goss Americas and Goss and award to Muller Martini and Mailroom Systems the following relief:

A. Ordering, adjudging and decreeing that Goss Americas and Goss have directly infringed the '775 patent in violation of 35 U.S.C. § 271(a);

B. Ordering, adjudging and decreeing that Goss Americas and Goss have induced the infringement of the '775 patent in violation of 35 U.S.C. § 271(b);

C. Ordering, adjudging and decreeing that the acts of infringement and inducement of infringement by Goss Americas and Goss of the '775 patent were committed willfully and knowingly;

D. Enjoining, both preliminarily and permanently, Goss Americas and Goss and each of its parents, principals, officers, directors, agents, affiliates, servants, attorneys, employees and all others in privity with them from infringing the '775 patent;

E. Awarding to Muller Martini and Mailroom Systems damages for infringement of the '775 patent, together with prejudgment interest on the amount awarded;

F. Awarding to Muller Martini and Mailroom Systems treble damages under 35 U.S.C. § 284;

G. Ordering, adjudging and decreeing that the acts of infringement of Goss Americas and Goss as herein alleged warrant a finding that this is an exceptional case and awarding to Muller Martini and Mailroom Systems their reasonable attorneys' fees under 35 U.S.C. § 285;

H. Awarding to Muller Martini and Mailroom Systems their costs incurred in the prosecution of this action; and

I. Awarding to Muller Martini and Mailroom Systems such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Muller Martini and Mailroom Systems demand trial by jury of all issues in this action so triable.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorney for Plaintiffs Muller Martini Corp.*
*and Muller Martini Mailroom Systems, Inc.*

4

OF COUNSEL:

Keith V. Rockey
Kathleen A. Lyons
Avani C. Macaluso
Matthew L. De Preter
ROCKEY, DEPKE & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606
(312) 277-2006

October 24, 2007
1292673

# EXHIBIT A



US006175775B1

## (12) United States Patent
### Grunder

(10) Patent No.: **US 6,175,775 B1**
(45) Date of Patent: *Jan. 16, 2001

(54) **METHOD FOR OPTIMIZING THE PRODUCTION OUTPUT OF AN APPARATUS PROCESSING FLAT ITEMS**

(75) Inventor: **Roland Grunder**, Vordemwald (CH)

(73) Assignee: **Grapha-Holding AG**, Hergiswil (CH)

(*) Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **08/663,635**

(22) Filed: **Jun. 14, 1996**

(30) **Foreign Application Priority Data**

Jun. 22, 1995 (CH) .................................................. 1825/95

(51) Int. Cl.$^7$ .................................................. G06F 19/00
(52) U.S. Cl. .................. 700/111; 700/2; 700/32; 700/83; 271/3.14; 271/3.15; 271/3.17; 271/10.4; 271/122; 271/123; 271/124; 271/125; 271/126; 271/10.02; 271/10.03; 347/157
(58) Field of Search .................. 700/2, 32, 83, 700/111; 271/10.04, 22, 10.11, 314, 94, 98–99, 35, 104, 105, 122–126, 152, 160–162, 3.14, 3.15, 3.17, 10.02, 10.03, 258, 259, 265.01, 265.02, 176, 262, 263, 265.04; 493/379, 325; 347/157

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Re. 33,267 | * | 7/1990 | Kraus | 364/158 |
|---|---|---|---|---|
| 3,220,315 | * | 11/1965 | Mathias | 90/21 |
| 3,548,172 | * | 12/1970 | Centner et al. | 235/151.11 |
| 3,571,834 | * | 3/1971 | Mathias | 408/9 |
| 3,576,976 | * | 5/1971 | Russo | 364/152 |
| 3,634,664 | * | 1/1972 | Balek | 318/561 |
| 3,784,798 | * | 1/1974 | Beadle et al. | 364/474.15 |
| 4,139,216 | * | 2/1979 | Saint Clair | 281/4 |
| 4,577,852 | * | 3/1986 | Grunder | 271/188 |
| 4,578,747 | * | 3/1986 | Hideg et al. | 364/151 |
| 4,602,326 | * | 7/1986 | Kraus | 364/158 |
| 4,674,029 | * | 6/1987 | Maudal | 364/148 |
| 4,738,442 | * | 4/1988 | Rodi et al. | 271/261 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

WO93/03990   3/1993   (WO) .

OTHER PUBLICATIONS

Zhang et al, "Intelligent Control via Learning Methods" Proceedings of the American Control Conference, Jun. 1993, International Federation of Automatic Control, pp. 39, 40.

Lundgren et al., "Design for environment can be profitable–a case study of the paper feeder in the IBM printer 4234", IEEE., pp. 128–133, 1994.*

* cited by examiner

*Primary Examiner*—William Grant
*Assistant Examiner*—McDieunel Marc
(74) *Attorney, Agent, or Firm*—Venable; Robert Kinberg; Catherine M. Voorhees

(57) **ABSTRACT**

A method and an apparatus for optimizing a production output of a processing device for processing flat articles, the processing device including at least one processing arrangement for receiving and processing the flat articles and which has function parameters controllable through actuators. Actual values of the function parameters are detected. Deviations of the actual values of the function parameters from set values are thereafter evaluated according to an empirically determined algorithm. A correction value for at least one of the actuators is calculated based on results of the above evaluation, and the actuator is operated based on the correction value for controlling the function parameters.

**13 Claims, 1 Drawing Sheet**



US 6,175,775 B1

Page 2

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,879,643 | * | 11/1989 | Chakravarty et al. | 364/148 |
| 4,966,354 | * | 10/1990 | Grunder | 270/56 |
| 4,995,745 | * | 2/1991 | Yokoi et al. | 400/605 |
| 5,041,850 | * | 8/1991 | Kahoyashi et al. | 347/157 |
| 5,251,891 | * | 10/1993 | Blaser et al. | 271/176 |
| 5,394,322 | * | 2/1995 | Hansen | 364/148 |
| 5,406,474 | * | 4/1995 | Hansen | 364/148 |
| 5,419,678 | * | 5/1995 | Erb | 414/797 |
| 5,445,372 | * | 8/1995 | Blaser et al. | 206/459.5 |
| 5,543,826 | * | 8/1996 | Kuronuma et al. | 347/23 |
| 5,587,896 | * | 12/1996 | Hansen et al. | 364/148 |
| 5,592,683 | * | 1/1997 | Chen et al. | 710/52 |
| 5,664,073 | * | 9/1997 | Faes et al. | 395/112 |
| 5,673,190 | * | 9/1997 | Kahleck et al. | 364/131 |
| 5,729,268 | * | 3/1998 | Akimoto | 347/119 |

**U.S. Patent**  Jan. 16, 2001  US 6,175,775 B1



FIG. 1

US 6,175,775 B1

1

# METHOD FOR OPTIMIZING THE PRODUCTION OUTPUT OF AN APPARATUS PROCESSING FLAT ITEMS

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the priority of Patent Application Serial No. 01 825/95-7 filed in Switzerland on Jun. 22, 1995, the subject matter of which is incorporated herein by reference.

### 1. Field of the Invention

The invention relates to a method and apparatus for optimizing the production output of a processing device for processing flat articles (e.g.: bound products, paper sheets or printed sheets and inserts), which processing device includes at least one processing arrangement for receiving and processing the flat articles, the processing arrangement having function parameters which are controllable by way of actuators.

### 2. Background of the Invention

In feeders of processing devices such as perfect binders, thread-stitchers, folding machines, gathering and stitching machines, collating machines and/or Einck machines for the production of flat articles such as magazines, books, brochures and the like, the function parameters of a given processing arrangement are adjusted and set manually when the machines are not in operation if malfunctions occur during processing. A manual setting of the function parameters of the feeders is time-consuming, results in a decrease in productivity, and is further made even more difficult by the complex relationships existing between different function parameters of a given processing arrangement. These interrelationships are sometimes not easily comprehended by the individuals operating the processing device.

Moreover, precision and control suffer when manual setting methods are used, which phenomenon affects the functional reliability of the processing device. A monitoring of the operation of the processing device in order to ensure precision and control is usually difficult as well.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to set forth a method and an apparatus of the type previously mentioned by means of which the productivity of a processing device for processing flat articles can be increased without affecting the quality of operation.

The above object, and many others which will become apparent as the description progresses, are accomplished according to the invention, which concerns a method and an apparatus for optimizing a production output of a processing device for processing flat articles, the processing device including at least one processing arrangement to which the flat articles are supplied and which has function parameters controllable by actuators.

The method of the present invention involves the steps of detecting actual values of the function parameters by way of sensors; evaluating deviations of the actual values of the function parameters from set values according to an empirically determined algorithm; calculating a correction value for at least one of the actuators based on results of the evaluating step; and operating the at least one of the actuators based on the correction value for controlling the function parameters.

As a result of the method of the invention, the function parameters of a processing arrangement can be adjusted to

2

exigent conditions and requirements more accurately than has been the case in the past, malfunction influences can be reduced, and the processing speed can thereby be increased. Further, the setting times can be reduced dramatically.

The method can be further improved and the adjustment times can be further reduced, if the algorithm is configured such that it can be changed or that it can be adjusted to changed conditions.

It is advantageous if the algorithm and/or the set values are changed or adjusted by way of a control which is able to learn, i.e. is provided with a computing intelligence based on the behavior of the function parameters, for example, in the form of an adaptive control unit.

Here it is preferred if the adaptive control unit, which controls at least one function parameter, is allocated to a set value/actual value reference controller of an arrangement of the processing operation.

Therefore, according to further embodiments of the invention, the method described above includes the further step of adjusting at least one of the set values and the algorithm to changed conditions of the processing arrangement. The above adjusting step may include the step of utilizing an adaptive control unit which is responsive to the changed conditions of the processing arrangement.

The step of evaluating may include the step of utilizing a reference controller for each of the actuators, at least one reference controller being connected to the adaptive control unit and being superordinate thereto.

The inventive apparatus is implemented in a processing device for processing flat articles. The processing device includes at least one processing arrangement for receiving and processing the flat articles, which processing arrangement comprises processing components for processing the flat articles, control elements for controlling a processing of the flat articles by the processing components, and actuators connected to the control elements for driving the control elements thereby controlling the function parameters of the processing arrangement. The inventive apparatus includes sensors effective for sensing actual values of the function parameters, and a control arrangement connected to the actuators and to the sensors. The control arrangement includes reference controllers connected to respective ones of the actuators and corresponding ones of the sensors and being effective for generating controller outputs according to an algorithm and for transmitting the controller outputs to corresponding ones of the actuators for setting respective ones of the control elements thereby controlling the function parameters. The control arrangement further includes an adaptive control unit connected to the reference controllers and receiving actual values from the sensors, the adaptive control unit being superordinate to the reference controllers for adjusting the algorithm of the reference controllers and the outputs thereof.

According to one aspect of the inventive apparatus, the reference controllers transmit their controller outputs to the adaptive control unit.

According to yet another aspect of the inventive apparatus, the adaptive control unit is connected to the reference controllers to determine the internal state of the reference controllers.

According to a further aspect of the inventive apparatus, the adaptive control unit comprises a read-write data memory.

The apparatus according to the invention may further include a plurality of interconnected processing arrange-

ments where the adaptive control units of the plurality of interconnected processing arrangements are connected to one another.

## BRIEF DESCRIPTION OF THE DRAWING

These and other features and advantages of the invention will be further understood from the following detailed description of the preferred embodiment with reference to the accompanying drawing to which reference is expressly made with regard to all specifics which are not mentioned in detail in the description.

FIG. 1 is a schematic and block circuit diagram which shows a processing arrangement of a processing device for flat items, which processing arrangement includes a control arrangement according to the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 shows a processing arrangement of a processing device for flat items according to the invention. In the drawing, a printed-sheet feeder 1, together with a control arrangement 2, forms an apparatus 3 for implementing the method according to the invention. Printed-sheet feeder 1 is thus a processing arrangement which may be used in a processing device such as a perfect binder, a thread stitcher, a folding machine, a gathering and stitching machine, a collating machine or an Einck machine.

The illustrated printed-sheet feeder includes actuators identified by $M_1$ through $M_n$, which are respectively allocated to corresponding adjustable control elements of printed-sheet feeder 1 for controlling the various function parameters of the processing arrangement. The illustrated adjustable control elements include, for example, nozzles 4, which carry separating air directed at the face of the shown stack of printed sheets 8, separating needles 5, which serve as a separating aid for separating the lowest printed sheet 6 of the stack of printed sheets 8, a wedge 7, which is effective for stabilizing the printed sheets, and which is configured so that it may be inserted under or pulled out from under the stack of printed sheets 8, and an adjustable drive arrangement 9, which may include a motor having gears for changing the rpm of the printed-sheet feeder. The control elements influence the function parameters of the printed-sheet feeder 1.

In addition, the illustrated printed-sheet feeder includes sensors which sense the function parameters of the processing arrangement, such as, for example, optical sheet position monitoring device 10, sheet thickness measuring device 11, and sheet feed monitoring device 12. It is clear from the above that the function parameters are indicative of a physical processing of the flat articles.

Printed-sheet feeder 1 further includes processing components such as a printed-sheet magazine 13 and a rotating gripper system 14, which comprises a drum 15 and grippers 16. The processing components are thus effective for processing the printed sheets with the aid of the control elements described above.

The control arrangement 2 comprises individual reference controllers identified by $C_1$ through $C_n$, which are respectively allocated to corresponding actuators $M_1$ through $M_n$ for controlling corresponding ones of the adjustable control elements 4, 5, 7, 9 and 16. In addition, the control arrangement includes an adaptive control unit 17 which is connected both to the controllers and to the several sensors 10, 11 and 12. The internal state of the controllers and the outputs of the controllers are supplied to the adaptive control unit. Adaptive control unit 17 is thus effective for monitoring both the controllers, and for receiving measured values transmitted from the sensors. Moreover, each controller may be connected to several ones of the sensors, and, while not every controller utilizes all measured values of the sensors, every controller utilizes at least one of the measured values.

For the purpose of monitoring the processing operation of the printed-sheet feeder, or for indirectly influencing the processing operation particularly by way of adjusting the empirically determined set values and/or algorithms for each of the function parameters, the internal state (i.e. the signals processed within the controllers) and the output signals of the controllers are supplied to the adaptive control unit 17 via lines 21 and 22, respectively.

In a processing device which includes a number of processing arrangements such as apparatus 3 operating according to the present invention, the various apparatuses may be connected for data exchange purposes.

It will be understood that the above description of the present invention is susceptible to various modifications, changes and adaptations, and the same are intended to be comprehended within the meaning and range of equivalents of the appended claims.

What is claimed is:

1. A method for optimizing a production output of a processing device for processing flat articles, the processing device including at least one feeder which receives and processes the flat articles and which has function parameters indicative of a physical processing of the flat articles, the function parameters being controllable by actuators, the method comprising the steps of:

detecting actual values of the function parameters by way of sensors;

evaluating deviations of the actual values of the function parameters from set values according to an empirically determined algorithm;

calculating a correction value for at least one of the actuators based on results of the evaluating step; and

operating the at least one of the actuators based on the correction value for controlling the function parameters.

2. The method according to claim 1, further including the step of adjusting at least one of the set values and the algorithm to changed conditions of the processing arrangement.

3. The method according to claim 2, wherein the step of adjusting includes the step of utilizing an adaptive control unit which is adaptive based on a behavior of the function parameters.

4. The method according to claim 3, wherein the step of evaluating includes the step of utilizing a reference controller for each of the actuators, at least one reference controller being connected to the adaptive control unit and being subordinate thereto.

5. A method for optimizing one of gathering, assembling, perfect binding, thread stitching, inserting and cutting printed sheets, comprising utilizing the method of claim 1.

6. A method according to claim 1, wherein the step of detecting actual values includes monitoring an optical sheet position, measuring sheet thickness and monitoring the sheet feed.

7. In a processing device for processing flat articles, the processing device including at least one processing arrangement for receiving and processing the flat articles, the processing arrangement including:

US 6,175,775 B1

5

a plurality of operatively connected processing components for processing the flat articles;

a plurality of control elements operatively connected to corresponding ones of the processing components for controlling a processing of the flat articles by the processing components;

a plurality of actuators connected to respective ones of the control elements for driving the control elements thereby controlling function parameters of the processing arrangement indicative of a physical processing of the flat articles;

wherein the improvement comprises an apparatus for optimizing a production output of the processing device, the apparatus including:

a plurality of sensors effective for sensing actual values of the function parameters of the processing arrangement; and

a control arrangement connected to the actuators and to the sensors and including:

a plurality of reference controllers connected to respective ones of the actuators and corresponding ones of the sensors, the reference controllers being effective for generating controller outputs according to an algorithm and for transmitting the controller outputs to corresponding ones of the actuators for setting respective ones of the control elements thereby controlling the function parameters; and

6

an adaptive control unit connected to the reference controllers and receiving actual values from the sensors, the adaptive control unit being superordinate to the reference controllers for adjusting the algorithm of the reference controllers and the outputs thereof.

8. The apparatus according to claim 7, wherein the controller outputs are coupled to the adaptive control unit.

9. The apparatus according to claim 7, wherein the adaptive control unit is connected to the reference controllers for determining an internal state of the reference controllers.

10. The apparatus according to claim 7, wherein the adaptive control unit comprises a read-write data memory.

11. The apparatus according to claim 7, wherein:

the at least one processing arrangement includes a plurality of interconnected processing arrangements; and

adaptive control units of the plurality of interconnected processing arrangements are connected to one another.

12. A method for performing one of gathering, assembling, perfect binding, thread stitching, inserting and cutting printed sheets which comprises utilizing the apparatus of claim 7.

13. The apparatus according to claim 7, wherein the at least one processing arrangement is a feeder and the function parameters include sheet position, sheet thickness and sheet feed.

* * * * *

≈JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Muller Martini Corp. and Muller Martini Mailroom Systems, Inc.

### DEFENDANTS
Goss International Americas, Inc. and Goss International Corporation

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Attorney Name Here, MORRIS, NICHOLS, ARSHT & TUNNELL LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899-1347, (302) 658-9200

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. Section 271
Brief description of cause: patent infringement

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: October 24, 2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware



Civil Action No. _____07-667-_____

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

OCT 2 4 2007

_____        _____
(Date forms issued)                                    (Signature of Party or their Representative)

                                                              Aaron Johnston
                                                       _____
                                                       (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action