IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and<br>MULLER MARTINI MAILROOM<br>SYSTEMS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GOSS INTERNATIONAL AMERICAS,<br>INC. and GOSS INTERNATIONAL<br>CORPORATION,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1 DISCLOSURE STATEMENT

The undersigned counsel for plaintiffs hereby make the following disclosure under Rule 7.1 of the Federal Rules of Civil Procedure:

1. The parent corporation of Muller Martini Corp. is Muller Martini Holding AG, a Swiss corporation;

2. The parent corporation of plaintiff Muller Martini Mailroom Systems, Inc. is Muller Martini Holding AG, a Swiss corporation; and

3. There are no publicly held corporations that own 10% or more of the stock of either plaintiffs or Muller Martini Holding AG.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

*Attorney for Plaintiffs Muller Martini Corp.*
*and Muller Martini Mailroom Systems, Inc.*

OF COUNSEL:

Keith V. Rockey
Kathleen A. Lyons
Avani C. Macaluso
Matthew L. De Preter
ROCKEY, DEPKE & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, Illinois 60606
(312) 277-2006

October 24, 2007
1292679

2