IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MULLER MARTINI CORP.** and **MULLER MARTINI MAILROOM SYSTEMS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **GOSS INTERNATIONAL AMERICAS, INC.** and **GOSS INTERNATIONAL CORPORATION,** <br><br> Defendants. | C. A. No. 07-667-*** <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendants Goss International Americas, Inc. and Goss International Corporation may have until December 13, 2007 in which to move, answer or otherwise plead in response to plaintiffs' complaint.

| | |
|---|---|
| EDWARDS ANGELL PALMER & DODGE LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| /s/ John L. Reed | /s/ Julia Heaney |
| John L. Reed (I.D. No. 3023) | Jack B. Blumenfeld (I.D. No. 1014) |
| Denise Seastone Kraft (I.D. No. 2778) | Julia Heaney (I.D. No. 3052) |
| Joseph B. Cicero (I.D. No. 4388) | 1201 North Market Street |
| 919 North Market Street, 15th Floor | P.O. Box 1342 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1342 |
| 302.777.7770 | 302.658.9200 |
| *Attorneys for Defendants* *Goss International Americas, Inc. and Goss International Corporation* | *Attorneys for Plaintiffs* *Muller Martini Corp. and Muller Martini Mailroom Systems Inc.* |

DATED: November 13, 2007

      SO ORDERED, this _____ day of _____, 2007.


                       _____