IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MULLER MARTINI CORP. and        )
MULLER MARTINI MAILROOM         )
SYSTEMS, INC.,                  )
                                )
            Plaintiff,          )
                                )
        v.                      )          C.A. No. 07-667 (***)
                                )
GOSS INTERNATIONAL AMERICAS,    )
INC. and GOSS INTERNATIONAL     )
CORPORATION,                    )
                                )
            Defendants.         )

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court,

that the time for plaintiff to reply, move or otherwise respond to defendants' counterclaims shall

be extended to January 9, 2008.

MORRIS NICHOLS ARSHT & TUNNELL LLP          EDWARDS ANGELL PALMER & DODGER LLP

*/s/ Julia Heaney (#3052)*                   */s/ John L. Reed (#3023)*
_____             _____
Jack B. Blumenfeld (#1014)                  John L. Reed (#3023)
Julia Heaney (#3052)                        Denise Seastone Kraft (#2778)
1201 North Market Street                    Joseph B. Cicero (#4388)
P.O. Box 1347                               919 North Market Street, 15th Floor
Wilmington, DE  19899-1347                  Wilmington, DE  19801
(302) 658-9200                              (302) 777-7770
jheaney@mnat.com                            jreed@eapdlaw.com

*Attorneys for Plaintiffs Muller Martini Corp.*   *Attorneys for Defendants Goss International*
*and Muller Martini Mailroom Systems, Inc.*       *Americas, Inc. and Goss International*
                                                  *Corporation*

December 14, 2007

SO ORDERED this _____ day of December, 2007.

                                            _____
                                            United States Magistrate Judge