IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MULLER MARTINI CORP.** and **MULLER MARTINI MAILROOM SYSTEMS, INC.**,<br><br>    Plaintiffs/<br>    Counterclaim Defendants,<br><br>    v.<br><br>**GOSS INTERNATIONAL AMERICAS, INC.** and **GOSS INTERNATIONAL CORPORATION,**<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>    v.<br><br>**MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG,** and **GRAPHA HOLDING AG,**<br><br>    Third-Party Defendants. | C. A. No. 07-667-***-LPS<br><br>**JURY TRIAL DEMANDED** |

**GOSS INTERNATIONAL AMERICAS, INC. AND GOSS INTERNATIONAL CORPORATION'S ANSWER TO COUNTERCLAIM**

Goss International Americas, Inc. and Goss International Corporation (collectively "Goss International"), by their attorneys, respond to plaintiffs' counterclaim as follows:

1. Goss International admits that plaintiffs' counterclaim purports to seek a declaratory judgment of invalidity and non-infringement. Goss International further admits that this Court has jurisdiction over plaintiffs' counterclaim. Goss International denies any remaining allegations in paragraph 1.

WLM 512423.1

2. Admitted.

3. Goss International admits that plaintiffs deny that the claims of the '803 patent are valid or have been infringed. Goss International denies that plaintiffs may, consistent Fed R. Civ. P. 10(b), reallege and incorporate allegations from a set of affirmative defenses and a counterclaim in a single paragraph. To the extent plaintiffs are allowed to make such an allegation, Goss International realleges and incorporates the allegations in its Answer, Affirmative Defenses and Counterclaim, as though stated herein in response thereto. Goss International also specifically denies each and every one of plaintiffs' affirmative defenses, and generally denies plaintiffs' purportedly realleged and reincorporated allegations to the extent inconsistent with the allegations of Goss International's Answer, Affirmative Defenses and Counterclaim.

4. Admitted.

**WHEREFORE**, Goss International asks that the Court:

A. Enter judgment dismissing plaintiffs' counterclaim with prejudice;

B. Declare that this case is an exceptional case within the meaning of 35 U.S.C. § 285, and award Goss International its attorneys' fees, costs and expenses incurred in defense of plaintiffs' counterclaim; and

C. Award such other and further relief as justice may require.

## JURY DEMAND

Goss International demands a trial by jury on all issues so triable.

DATED: February 1, 2008                **EDWARDS ANGELL PALMER & DODGE LLP**

        */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
302.777.7770

- and -

William G. Schopf
Bradley P. Nelson
Todd H. Flaming
Marcus D. Fruchter
Lindsay Wilson Gowin
**SCHOPF & WEISS LLP**
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
 Phone:  312.701.9300

*Attorneys for Defendants, Counterclaim Plaintiffs,
and Third-Party Plaintiffs
Goss International Americas, Inc. and
Goss International Corporation*

WLM 512423.1                                          3

# CERTIFICATE OF SERVICE

I, John L. Reed, hereby certify that on February 1, 2008, the attached **GOSS INTERNATIONAL AMERICAS, INC. AND GOSS INTERNATIONAL CORPORATION'S ANSWER TO COUNTERCLAIM** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available or viewing and downloading from CM/ECF:

Jack B. Blumenfeld, Esq.
Julia Heaney
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1342
Wilmington, DE 19899-1342

DATED: February 1, 2008         **EDWARDS ANGELL PALMER & DODGE LLP**

   */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263

WLM 512460.1