# EDWARDS ANGELL PALMER & DODGE LLP

919 North Market Street  Wilmington, DE  19801  302.777.7770  *fax* 302.777.7263  eapdlaw.com

JOHN L. REED
Partner
302.425.7114
*fax* 888.325.9165
jreed@eapdlaw.com

May 5, 2008

**<u>BY HAND and E-FILED</u>**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Muller Martini Corp., et al., v. Goss International Americas, Inc., et al.,*
            **Case No.: 07-667-JJF**

Dear Judge Farnan:

We, along with Schopf & Weiss LLP in Chicago, Illinois, represent the Goss International defendants in the referenced case. We write to respectfully request a rescheduling of the Rule 16 Conference set for this Wednesday, May 7, 2008. Plaintiffs do not oppose this request.

The reason for this request is that the lead counsel for this matter at Schopf & Weiss with the most knowledge of this case and the patents-in-suit is unavailable for the May 7 conference. While other counsel can attend, we believe it would be more productive for both the Court and the parties if the matter were rescheduled, particularly if the Court has any detailed substantive questions concerning this case or the patents-in-suit. Further, a rescheduling will likely lead to a resolution of some of the parties' current disagreements on scheduling. Plaintiffs and Defendants are available on May, 21, 22 and 23.

Respectfully,

JOHN L. REED (ID No. 3023)

JLR/cg
cc: Julia Heaney, Esq.