IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MULLER MARTINI CORP.** and **MULLER MARTINI MAILROOM SYSTEMS, INC.**,<br><br>    Plaintiffs/<br>    Counterclaim Defendants,<br><br>    v.<br><br>**GOSS INTERNATIONAL AMERICAS, INC.** and **GOSS INTERNATIONAL CORPORATION,**<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>    v.<br><br>**MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG,** and **GRAPHA HOLDING AG,**<br><br>    Third-Party Defendants. | C. A. No. 07-667-***-LPS<br><br>**JURY TRIAL DEMANDED** |

**GOSS INTERNATIONAL AMERICAS, INC. AND GOSS INTERNATIONAL CORPORATION'S ANSWER TO COUNTERCLAIM**

Goss International Americas, Inc. and Goss International Corporation (collectively "Goss International"), by their attorneys, respond to third-party defendant Muller Martini Marketing AG's ("MM Marketing") counterclaim as follows:

1.      Goss International admits that MM Marketing's counterclaim purports to seek a declaratory judgment of invalidity and non-infringement. Goss International further admits that this Court has jurisdiction over MM Marketing's counterclaim. Goss International denies any remaining allegations in paragraph 1.

WLM 513575.1

2. Admitted.

3. Goss International admits that MM Marketing denies that the claims of the '803 patent are valid or have been infringed. Goss International denies that MM Marketing may, consistent Fed R. Civ. P. 10(b), reallege and incorporate allegations from a set of affirmative defenses and a counterclaim in a single paragraph. To the extent MM Marketing is allowed to make such an allegation, Goss International realleges and incorporates the allegations in its Answer, Affirmative Defenses and Counterclaim, as though stated herein in response thereto. Goss International also specifically denies each and every one of MM Marketing's affirmative defenses, and generally denies MM Marketing's purportedly realleged and reincorporated allegations to the extent inconsistent with the allegations of Goss International's Answer, Affirmative Defenses and Counterclaim.

4. Admitted.

**WHEREFORE**, Goss International asks that the Court:

A. Enter judgment dismissing MM Marketing's counterclaim with prejudice;

B. Declare that this case is an exceptional case within the meaning of 35 U.S.C. § 285, and award Goss International its attorneys' fees, costs and expenses incurred in defense of MM Marketing's counterclaim; and

C. Award such other and further relief as justice may require.

## JURY DEMAND

Goss International demands a trial by jury on all issues so triable.

DATED: May 14, 2008                **EDWARDS ANGELL PALMER & DODGE LLP**

    */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
Joseph B. Cicero (I.D. No. 4388)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
302.777.7770

    - and -

William G. Schopf
Bradley P. Nelson
Todd H. Flaming
Marcus D. Fruchter
Lindsay Wilson Gowin
**SCHOPF & WEISS LLP**
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
 Phone:  312.701.9300

*Attorneys for Defendants, Counterclaim Plaintiffs,*
*and Third-Party Plaintiffs*
*Goss International Americas, Inc. and*
*Goss International Corporation*

**CERTIFICATE OF SERVICE**

      I, John L. Reed, hereby certify that on May 14, 2008, the attached **GOSS INTERNATIONAL AMERICAS, INC. AND GOSS INTERNATIONAL CORPORATION'S ANSWER TO COUNTERCLAIM** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available or viewing and downloading from CM/ECF:

    Jack B. Blumenfeld, Esq.
    Julia Heaney
    Morris Nichols Arsht & Tunnell LLP
    1201 North Market Street, P.O. Box 1342
    Wilmington, DE 19899-1342

DATED: May 14, 2008            **EDWARDS ANGELL PALMER & DODGE LLP**

                                   */s/ John L. Reed*
                                   John L. Reed (I.D. No. 3023)
                                   Denise Seastone Kraft (I.D. No. 2778)
                                   919 N. Market Street, 15th Floor
                                   Wilmington, DE 19801
                                   302.777.7770
                                   302.777.7263