IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and MULLER MARTINI MAILROOM SYSTEMS, INC., <br><br> Plaintiffs/ Counterclaim Defendants, <br><br> v. <br><br> GOSS INTERNATIONAL AMERICAS, INC. and GOSS INTERNATIONAL CORPORATION, <br><br> Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, <br><br> v. <br><br> MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG, <br><br> Third-Party Defendants. | C. A. No. 07-667-JJF <br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of the following counsel from the law firm of Schopf Weiss LLP; Todd Flaming, One South Wacker Drive, 28th Floor, Chicago, IL 60606 to represent Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Goss International Americas, Inc. and Goss International Corporation in this action.

DATED: June 5, 2008                                    **EDWARDS ANGELL PALMER & DODGE LLP**

                                                                              */s/ John L. Reed*
                                                                              John L. Reed (I.D. No. 3023)
                                                                              919 North Market Street, 15th Floor
                                                                              Wilmington, Delaware 19801
                                                                              302.777.7770

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's Motion for Admission Pro Hac Vice is granted.

                                                                              _____
                                                                                                  J.

Dated: June 5, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, United States District Court for the Northern District of Illinois, United States District Court for the Eastern District of Michigan and the Trial Bar of the Northern District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

Todd H. Flaming
**SCHOPF & WEISS LLP**
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606