IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and MULLER MARTINI MAILROOM SYSTEMS, INC.,<br><br>    Plaintiffs/<br>    Counterclaim Defendants,<br><br>v.<br><br>GOSS INTERNATIONAL AMERICAS, INC. and GOSS INTERNATIONAL CORPORATION,<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG,<br><br>    Third-Party Defendants. | C. A. No. 07-667-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, John Reed, certify that on the 6th day of June, 2008, copies of **GOSS'S FIRST SET OF INTERROGATORIES**, which I endorse, were served on the parties below in the manner indicated:

**VIA E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1342
Wilmington, DE 19899-1342

WLM 513880.1

DATED: June 12, 2008                    **EDWARDS ANGELL PALMER & DODGE LLP**

                                                         /s/ *John L. Reed*
                                          John L. Reed (I.D. No. 3023)
                                          Denise Seastone Kraft (I.D. No. 2778)
                                          919 North Market Street, 15th Floor
                                          Wilmington, DE 19801
                                          (302) 777-7770
                                          (302) 777-7263 (Fax)

**OF COUNSEL:**

William G. Schopf
Bradley P. Nelson
Todd H. Flaming
Marcus D. Fruchter
Lindsay Wilson Gowin
**SCHOPF & WEISS LLP**
One South Wacker Drive
28th Floor
Chicago, Illinois 60606                    *Attorneys for Defendants, Counterclaim Plaintiffs and*
                                                                   *Third-Party Plaintiffs, Goss International Americas, Inc. and*
                                                                     *Goss International Corporation*

WLM 513880.1

## CERTIFICATE OF SERVICE

I, John Reed, hereby certify that on June 12, 2008, I electronically filed a copy of the **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filings. I also served copies of the documents on the following in the manner indicated:

**VIA E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1342
Wilmington, DE 19899-1342

DATED: June 12, 2008          **EDWARDS ANGELL PALMER & DODGE LLP**

                              */s/ John L. Reed*
                              John L. Reed (I.D. No. 3023)
                              Denise Seastone Kraft (I.D. No. 2778)
                              919 North Market Street, 15th Floor
                              Wilmington, DE 19801
                              (302) 777-7770
                              (302) 777-7263 (Fax)

WLM 513882.1