IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and<br>MULLER MARTINI MAILROOM SYSTEMS,<br>INC.,<br><br>   Plaintiff,<br><br> v.<br><br>GOSS INTERNATIONAL AMERICAS, INC.<br>and GOSS INTERNATIONAL<br>CORPORATION,<br><br>   Defendants/Third-Party Plaintiffs,<br><br> v.<br><br>MÜLLER MARTINI HOLDING AG, MÜLLER<br>MARTINI MARKETING AG, and GRAPHA<br>HOLDING AG,<br><br>   Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-667<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

 1. <u>Pre-Discovery Disclosures</u>.  The parties will exchange by June 30, 2008, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.1.

 2. <u>Joinder of other Parties</u>.  All motions to join other parties shall be filed on or before December 30, 2008.

 3. <u>Settlement Conference</u>.  The parties agree that they would not benefit from a settlement conference at this time.

 4. <u>Discovery</u>.

  (a) Exchange of interrogatories, identification of fact witnesses and

WLM 513907.1

document production shall be commenced so as to be completed by September 1, 2008. Fact discovery shall be completed by May 15, 2009.

    (b)    Maximum of 50 interrogatories, including contention interrogatories, for each side.

    (c)    Maximum of 100 requests for admission for each machine accused of infringement.

    (d)    Maximum of 25 depositions by plaintiffs and 25 by defendants, excluding expert depositions. Depositions shall not commence until after the date set forth in the first sentence of Paragraph 4(a) has passed.

    (e)    Any disputes regarding interrogatories and document production shall be referred to Magistrate Judge Stark for resolution.

    (f)    Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the issue the expert is offered sixty (60) days after the issuance of the Court's Markman decision and rebuttal reports are due forty-five (45) days after receipt of the initial expert reports.

    (g)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of the last expert rebuttal report, unless otherwise agreed in writing by the parties or ordered by the Court.

    (h)    The parties suggest that notice as to whether the opposing party will waive the privilege on the issue of willfulness should be provided to the opposing party or parties by December 30, 2008.

    5.    <u>Non-Case Dispositive Motions</u>.

    (a)    Any non-case dispositive motion, along with an Opening Brief,

shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm

   (b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

   (c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by-email at: jjf_civil@ded.uscourts.gov.

   6. <u>Amendment of the Pleadings</u>. The parties suggest that motions to amend the pleadings shall be filed on or before December 30, 2008.

   7. <u>Case Dispositive Motions</u>. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief within sixty (60) days of the close of expert discovery. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm

   8. <u>Markman</u>. A Markman Hearing, if necessary, shall be held on February 18, 2009 at noon. The parties shall identify and exchange their contentions (on constructions of claim terms in dispute) on or before November 14, 2008. The parties shall serve and file opening claim construction briefs on or before December 12, 2008 The parties shall serve and file responsive claim construction briefs on or before January 23, 2009. The Court, after

reviewing the briefing, will allocate time to the parties for the hearing.

      9.    <u>Applications By Motion</u>.

      (a)    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on Procedures for Filing Non-dispositive motions in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

      (b)    No facsimile transmissions will be accepted.

      (c)    No telephone calls shall be made to Chambers.

      (d)    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

      10.    <u>Pretrial Conference and Trial</u>. A Pretrial Conference shall be held in accordance with the Local Rules on October 8, 2009 at 1:00 pm. Trial shall commence at 9:30 am on November 16, 2009 in Courtroom 4B, J. Caleb Boggs Federal Building, 844 North King Street, Wilmington, DE 19801.

    6/24/08
    _____                      _____
          DATE                                        UNITED STATES DISTRICT JUDGE

2351323

WLM 513907.1