IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and MULLER MARTINI MAILROOM SYSTEMS, INC., <br><br>    Plaintiffs/<br>    Counterclaim Defendants,<br><br>v.<br><br>GOSS INTERNATIONAL AMERICAS, INC. and GOSS INTERNATIONAL CORPORATION,<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG,<br><br>    Third-Party Defendants. | C. A. No. 07-667-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, John Reed, certify that on the 30th day of June, 2008, copies of **GOSS'S RULE 26(a)(1) INITIAL DISCLOSURES** were served on the parties below in the manner indicated:

### VIA E-MAIL and HAND DELIVERY

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1342
Wilmington, DE 19899-1342

WLM 514101.1

DATED: June 30, 2008    **EDWARDS ANGELL PALMER & DODGE LLP**

                                        /s/ John L. Reed
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (Fax)

**OF COUNSEL:**

William G. Schopf
Bradley P. Nelson
Todd H. Flaming
Marcus D. Fruchter
Lindsay Wilson Gowin
**SCHOPF & WEISS LLP**
One South Wacker Drive
28th Floor
Chicago, Illinois 60606

*Attorneys for Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs, Goss International Americas, Inc. and Goss International Corporation*

WLM 514101.1

## CERTIFICATE OF SERVICE

I, John Reed, hereby certify that on June 30, 2008, I electronically filed a copy of the **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filings. I also served copies of the documents on the following in the manner indicated:

### VIA E-MAIL and HAND DELIVERY

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1342
Wilmington, DE 19899-1342

DATED: June 30, 2008        **EDWARDS ANGELL PALMER & DODGE LLP**

  /s/ John L. Reed
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (Fax)

WLM 514102.1