IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and<br>MULLER MARTINI MAILROOM SYSTEMS, INC., <br><br>   Plaintiff,<br><br> v.<br><br>GOSS INTERNATIONAL AMERICAS, INC.<br>and GOSS INTERNATIONAL<br>CORPORATION,<br><br>   Defendants/Third-Party Plaintiffs,<br><br> v.<br><br>MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG,<br><br>   Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-667<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

   The undersigned hereby certifies that copies of *Disclosure under Rule 26(a)(1) of Plaintiffs and Third-Party Defendants* were caused to be served on June 30, 2008 upon the following in the manner indicated:

John L. Reed, Esquire                   *VIA ELECTRONIC MAIL*
Denise Seastone Kraft, Esquire
Joseph B. Cicero, Esquire
EDWARDS ANGELL PALMER & DODGER LLP
919 North Market Street
15th Floor
Wilmington, DE  19801

- 2 -

William G. Schopf, Esquire				*VIA ELECTRONIC MAIL*
Bradley P. Nelson, Esquire
Todd H. Flaming, Esquire
Marcus D. Fruchter, Esquire
Lindsay Wilson Gowin, Esquire
SCHOPF & WEISS LLP
One South Wacker Drive – 28th Floor
Chicago, IL  60606

                                            MORRIS NICHOLS ARSHT & TUNNELL LLP

                                            */s/ Julia Heaney*

                                            _____
                                            Jack B. Blumenfeld (#1014)
                                            Julia Heaney (#3052)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
OF COUNSEL:                                (302) 658-9200
                                            jheaney@mnat.com
Keith V. Rockey                         *Attorney for Plaintiffs Muller Martini Corp.*
Kathleen A. Lyons                     *and Muller Martini Mailroom Systems, Inc.*
Avani C. Macaluso
Matthew L. De Preter
ROCKEY, DEPKE & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL  60606
(312) 277-2006

June 30, 2008

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> Joseph B. Cicero, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP

I further certify that I caused to be served copies of the foregoing document on June 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| John L. Reed, Esquire<br>Denise Seastone Kraft, Esquire<br>Joseph B. Cicero, Esquire<br>EDWARDS ANGELL PALMER & DODGER LLP<br>919 North Market Street<br>15th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| William G. Schopf, Esquire<br>Bradley P. Nelson, Esquire<br>Todd H. Flaming, Esquire<br>Marcus D. Fruchter, Esquire<br>Lindsay Wilson Gowin, Esquire<br>SCHOPF & WEISS LLP<br>One South Wacker Drive – 28th Floor<br>Chicago, IL 60606 | *VIA ELECTRONIC MAIL* |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com