IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and MULLER MARTINI MAILROOM SYSTEMS, INC.,<br><br>    Plaintiffs/<br>    Counterclaim Defendants,<br><br>v.<br><br>GOSS INTERNATIONAL AMERICAS, INC. and GOSS INTERNATIONAL CORPORATION,<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>v.<br><br>MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG,<br><br>    Third-Party Defendants. | C. A. No. 07-667-JJF<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of the following counsel from the law firm of Davidson, Davidson & Kappel, LLC; David Petroff, 485 Seventh Avenue, 14th Floor, New York, NY 10018 to represent Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Goss International Americas, Inc. and Goss International Corporation in this action.

DATED: July 8, 2008         EDWARDS ANGELL PALMER & DODGE LLP

/s/ John L. Reed
_____
John L. Reed (I.D. No. 3023)
919 North Market Street, 15th Floor
Wilmington, Delaware 19801
302.777.7770

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's Motion for Admission Pro Hac Vice is granted.

Dated: July 8, 2008         _____
                                                    J.

WLM 514162.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 07/01/08

(David Petroff; Davidson, Davidson & Kappel, LLC; 485 Seventh Ave., 14th Floor; New York, NY 10018)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2008, the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following counsel of record:

>Jack B. Blumenfeld, Esq.
>Julia Heaney, Esq.
>Morris Nichols Arsht & Tunnell LLP
>1201 N. Market Street, P.O. Box 1342
>Wilmington, DE 19899-1342

In addition, the undersigned also forwarded a copy of same in the manner indicated below to:

### BY HAND

>Jack B. Blumenfeld, Esq.
>Julia Heaney, Esq.
>Morris Nichols Arsht & Tunnell LLP
>1201 N. Market Street, P.O. Box 1342
>Wilmington, DE 19899-1342

>*/s/ John L. Reed*
>John L. Reed

WLM 514162.1