IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **MULLER MARTINI CORP.** and **MULLER MARTINI MAILROOM SYSTEMS, INC.**, <br><br> Plaintiffs/ <br> Counterclaim Defendants, <br><br> v. <br><br> **GOSS INTERNATIONAL AMERICAS, INC.** and **GOSS INTERNATIONAL CORPORATION,** <br><br> Defendants/ <br> Counterclaim Plaintiffs/ <br> Third-Party Plaintiffs, <br><br> v. <br><br> **MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG,** and **GRAPHA HOLDING AG,** <br><br> Third-Party Defendants. | C. A. No. 07-667-JJF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, John Reed, certify that on the 18th day of July, 2008, copies of **GOSS INTERNATIONAL'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** were served on the parties below in the manner indicated:

### VIA E-MAIL and HAND DELIVERY

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1342
Wilmington, DE 19899-1342

WLM 514242.1

DATED: July 18, 2008       **EDWARDS ANGELL PALMER & DODGE LLP**

      */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (Fax)

**OF COUNSEL:**

William G. Schopf
Bradley P. Nelson
Todd H. Flaming
Marcus D. Fruchter
Lindsay Wilson Gowin
**SCHOPF & WEISS LLP**
One South Wacker Drive
28th Floor
Chicago, Illinois 60606     *Attorneys for Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs, Goss International Americas, Inc. and Goss International Corporation*

WLM 514242.1

### CERTIFICATE OF SERVICE

I, John Reed, hereby certify that on July 18, 2008, I electronically filed a copy of the **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filings. I also served copies of the documents on the following in the manner indicated:

**VIA E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1342
Wilmington, DE 19899-1342

DATED:  July 18, 2008            **EDWARDS ANGELL PALMER & DODGE LLP**

                 */s/ John L. Reed*
John L. Reed (I.D. No. 3023)
Denise Seastone Kraft (I.D. No. 2778)
919 North Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 (Fax)

WLM 514243.1