IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Muller Martini Corp. and Muller Martini Mailroom Systems, Inc., | : |
| Plaintiff, | : |
| Goss International Americas, Inc., and Goss International Corporation, | : Civ. No. 07-667-JJF |
| Defendants/Third Party Plaintiffs, | : |
| v. | : |
| Muller Martini Holding AG, Muller Martini Marketing AG, and Grapha Holding AG, | : |
| Third-Party Defendants. | : |

### ORDER

A teleconference having been held at Wilmington on the **23rd** day of **July, 2008** with Magistrate Judge Stark,

IT IS ORDERED that a status teleconference has been scheduled for **December 17th, 2008 at 11:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE