IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and MULLER MARTINI MAILROOM SYSTEMS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GOSS INTERNATIONAL AMERICAS, INC. and GOSS INTERNATIONAL CORPORATION, | ) ) ) ) |
| Defendants/Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG, | ) ) ) ) |
| Third-Party Defendants. | ) |

C.A. No. 07-667

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' First Set of Requests for the Production of Documents and Things to Defendants* were caused to be served on July 25, 2008 upon the following in the manner indicated:

| **BY FIRST CLASS MAIL** | **BY HAND DELIVERY** |
|---|---|
| John L. Reed, Esquire | William G. Schopf, Esquire |
| Denise Seastone Kraft, Esquire | Bradley P. Nelson, Esquire |
| Joseph B. Cicero, Esquire | Todd H. Flaming, Esquire |
| EDWARDS ANGELL PALMER & DODGER LLP | Marcus D. Fruchter, Esquire |
| 919 North Market Street | Lindsay Wilson Gowin, Esquire |
| 15th Floor | SCHOPF & WEISS LLP |
| Wilmington, DE 19801 | One South Wacker Drive – 28th Floor |
| | Chicago, IL 60606 |

|  |  |
|---|---|
| | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| | |
| | */s/ Julia Heaney (#3052)* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Julia Heaney (#3052) |
| OF COUNSEL: | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| Keith V. Rockey | (302) 658-9200 |
| Kathleen A. Lyons | jheaney@mnat.com |
| Avani C. Macaluso | *Attorney for Plaintiffs Muller Martini Corp.* |
| Matthew L. De Preter | *and Muller Martini Mailroom Systems, Inc.* |
| ROCKEY, DEPKE & LYONS, LLC | |
| Sears Tower, Suite 5450 | |
| 233 South Wacker Drive | |
| Chicago, IL  60606 | |
| (312) 277-2006 | |

July 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

        John L. Reed, Esquire
        Denise Seastone Kraft, Esquire
        Joseph B. Cicero, Esquire
        EDWARDS ANGELL PALMER & DODGE LLP

I further certify that I caused to be served copies of the foregoing document on July 28, 2008 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| John L. Reed, Esquire | William G. Schopf, Esquire |
| Denise Seastone Kraft, Esquire | Bradley P. Nelson, Esquire |
| Joseph B. Cicero, Esquire | Todd H. Flaming, Esquire |
| EDWARDS ANGELL PALMER & DODGER LLP | Marcus D. Fruchter, Esquire |
| 919 North Market Street | Lindsay Wilson Gowin, Esquire |
| 15th Floor | SCHOPF & WEISS LLP |
| Wilmington, DE 19801 | One South Wacker Drive – 28th Floor |
| | Chicago, IL 60606 |

        */s/ Julia Heaney (#3052)*
        _____
        Julia Heaney (#3052)
        jheaney@mnat.com