IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MULLER MARTINI CORP.** and **MULLER MARTINI MAILROOM SYSTEMS, INC.**,<br><br>    Plaintiffs/<br>    Counterclaim Defendants,<br><br>    v.<br><br>**GOSS INTERNATIONAL AMERICAS, INC.** and **GOSS INTERNATIONAL CORPORATION,**<br><br>    Defendants/<br>    Counterclaim Plaintiffs/<br>    Third-Party Plaintiffs,<br><br>    v.<br><br>**MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG,** and **GRAPHA HOLDING AG,**<br><br>    Third-Party Defendants. | C. A. No. 07-667-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, John Reed, certify that on the 25th day of August, 2008, copies of **GOSS INTERNATIONAL AMERICA'S, INC. AND GOSS INTERNATIONAL CORPORATION'S ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** were served on the parties below in the manner indicated:

**VIA E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1342
Wilmington, DE 19899-1342

DATED: August 25, 2008                 **EDWARDS ANGELL PALMER & DODGE LLP**

                                       <u>     /s/ John L. Reed                </u>
                                       John L. Reed (I.D. No. 3023)
                                       Denise Seastone Kraft (I.D. No. 2778)
                                       919 North Market Street, 15th Floor
                                       Wilmington, DE 19801
                                       (302) 777-7770
                                       (302) 777-7263 (Fax)

**OF COUNSEL:**

William G. Schopf
Bradley P. Nelson
Todd H. Flaming
Marcus D. Fruchter
Lindsay Wilson Gowin
**SCHOPF & WEISS LLP**
One South Wacker Drive
28th Floor
Chicago, Illinois 60606                *Attorneys for Defendants, Counterclaim Plaintiffs and*
                                       *Third-Party Plaintiffs, Goss International Americas, Inc. and*
                                       *Goss International Corporation*

WLM 514568.1

**CERTIFICATE OF SERVICE**

      I, John Reed, hereby certify that on August 25, 2008, I electronically filed a copy of the **NOTICE OF SERVICE** with the Clerk of the Court using CM/ECF which will send notification of such filings. I also served copies of the documents on the following in the manner indicated:

**VIA E-MAIL and HAND DELIVERY**

Jack B. Blumenfeld, Esq.
Julia Heaney, Esq.
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1342
Wilmington, DE 19899-1342


DATED: August 25, 2008        **EDWARDS ANGELL PALMER & DODGE LLP**

                                            */s/ John L. Reed*
                                          John L. Reed (I.D. No. 3023)

WLM 514569.1