IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and<br>MULLER MARTINI MAILROOM SYSTEMS,<br>INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>GOSS INTERNATIONAL AMERICAS, INC.<br>and GOSS INTERNATIONAL<br>CORPORATION,<br><br>      Defendants/Third-Party Plaintiffs,<br><br>  v.<br><br>MÜLLER MARTINI HOLDING AG, MÜLLER<br>MARTINI MARKETING AG, and GRAPHA<br>HOLDING AG,<br><br>      Third-Party Defendants. | C.A. No. 07-667 |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Responses to Goss' First Set of Interrogatories* were caused to be served on August 25, 2008 upon the following in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| John L. Reed, Esquire | William G. Schopf, Esquire |
| Denise Seastone Kraft, Esquire | Bradley P. Nelson, Esquire |
| Joseph B. Cicero, Esquire | Todd H. Flaming, Esquire |
| EDWARDS ANGELL PALMER & DODGER LLP | Marcus D. Fruchter, Esquire |
| 919 North Market Street | Lindsay Wilson Gowin, Esquire |
| 15th Floor | SCHOPF & WEISS LLP |
| Wilmington, DE 19801 | One South Wacker Drive – 28th Floor |
| | Chicago, IL 60606 |

|  |  |
|---|---|
| | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| | */s/ Julia Heaney* |
| | _____ |
| | Jack B. Blumenfeld (#1014) |
| | Julia Heaney (#3052) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| Keith V. Rockey | jheaney@mnat.com |
| Kathleen A. Lyons | *Attorney for Plaintiffs Muller Martini Corp.* |
| Avani C. Macaluso | *and Muller Martini Mailroom Systems, Inc.* |
| Matthew L. De Preter | |
| ROCKEY, DEPKE & LYONS, LLC | |
| Sears Tower, Suite 5450 | |
| 233 South Wacker Drive | |
| Chicago, IL  60606 | |
| (312) 277-2006 | |

August 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

> John L. Reed, Esquire
> Denise Seastone Kraft, Esquire
> Joseph B. Cicero, Esquire
> EDWARDS ANGELL PALMER & DODGE LLP

I further certify that I caused to be served copies of the foregoing document on August 25, 2008 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

| | |
|---|---|
| John L. Reed, Esquire | William G. Schopf, Esquire |
| Denise Seastone Kraft, Esquire | Bradley P. Nelson, Esquire |
| Joseph B. Cicero, Esquire | Todd H. Flaming, Esquire |
| EDWARDS ANGELL PALMER & DODGER LLP | Marcus D. Fruchter, Esquire |
| 919 North Market Street | Lindsay Wilson Gowin, Esquire |
| 15th Floor | SCHOPF & WEISS LLP |
| Wilmington, DE 19801 | One South Wacker Drive – 28th Floor |
| | Chicago, IL 60606 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com