IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MULLER MARTINI CORP. and MULLER MARTINI MAILROOM SYSTEMS, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GOSS INTERNATIONAL AMERICAS, INC. and GOSS INTERNATIONAL CORPORATION, | ) ) ) ) ) |
| Defendants/Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| MÜLLER MARTINI HOLDING AG, MÜLLER MARTINI MARKETING AG, and GRAPHA HOLDING AG, | ) ) ) ) |
| Third-Party Defendants. | ) |

C.A. No. 07-667

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) *Plaintiffs' Responses to Goss' Second Set of Interrogatories*; and 2) *Plaintiffs' Responses to Goss' First Set of Document Requests* were caused to be served on September 2, 2008 upon the following in the manner indicated:

**BY E-MAIL**

John L. Reed, Esquire
Denise Seastone Kraft, Esquire
Joseph B. Cicero, Esquire
EDWARDS ANGELL PALMER & DODGER LLP
919 North Market Street
15th Floor
Wilmington, DE 19801

**BY E-MAIL**

William G. Schopf, Esquire
Bradley P. Nelson, Esquire
Todd H. Flaming, Esquire
Marcus D. Fruchter, Esquire
Lindsay Wilson Gowin, Esquire
SCHOPF & WEISS LLP
One South Wacker Drive – 28th Floor
Chicago, IL 60606

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

---

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
   *Attorney for Plaintiffs Muller Martini Corp.*
   *and Muller Martini Mailroom Systems, Inc.*

OF COUNSEL:

Keith V. Rockey
Kathleen A. Lyons
Avani C. Macaluso
Matthew L. De Preter
ROCKEY, DEPKE & LYONS, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL  60606
(312) 277-2006

September 2, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

      John L. Reed, Esquire
      Denise Seastone Kraft, Esquire
      Joseph B. Cicero, Esquire
      EDWARDS ANGELL PALMER & DODGE LLP

    I further certify that I caused to be served copies of the foregoing document on September 2, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL**

| | |
|---|---|
| John L. Reed, Esquire | William G. Schopf, Esquire |
| Denise Seastone Kraft, Esquire | Bradley P. Nelson, Esquire |
| Joseph B. Cicero, Esquire | Todd H. Flaming, Esquire |
| EDWARDS ANGELL PALMER & DODGER LLP | Marcus D. Fruchter, Esquire |
| 919 North Market Street | Lindsay Wilson Gowin, Esquire |
| 15th Floor | SCHOPF & WEISS LLP |
| Wilmington, DE 19801 | One South Wacker Drive – 28th Floor |
| | Chicago, IL 60606 |

*/s/ Julia Heaney*

Julia Heaney (#3052)
jheaney@mnat.com